**DISMISS and Opinion Filed January 26, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-22-00297-CV

---

## QUANTA BUILDING GROUP, LLC, AND ALEJANDRO VALLADARES, Appellants
## V.
## MAZON ASSOCIATES, INC., Appellee

---

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-21-05633

---

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

We reinstate this appeal. This case was abated on September 22, 2022 due to

bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of

the federal Public Access to Court Electronic Records (PACER) system which

shows the bankruptcy case associated with this appeal was closed on December 29,

2022, effectively dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status

of the bankruptcy and of this appeal. We cautioned that the failure to respond would

result in the appeal being dismissed for want of prosecution. *See id.* 42.3(b),(c). To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id.* 42.3(b),(c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220297F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

QUANTA BUILDING GROUP, LLC, AND ALEJANDRO VALLADARES, Appellants

No. 05-22-00297-CV          V.

MAZON ASSOCIATES, INC., Appellee

On Appeal from the 14th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-21-05633. Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered January 26, 2023